**Order entered April 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00963-CR

**CORNELIUS TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-52355-M**

## ORDER

The Court **GRANTS** appellant's April 11, 2016 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE